# IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF PUERTO RICO

IN RE: JUAN MANUEL SOLIS CINTRON

Bkrtcy. No.  12-03816-MCF
Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | | |
|---|---|---|---|
| Petition Filing Date: May 16, 2012 | Meeting Date: Sep 13, 2012 | DC Track No. ___ | |
| Days from petition date: 120 | Meeting Time: 2:00 PM | | |
| 910 Days before Petition: 11/18/2009 | ☐ Chapter 13 Plan Date: May 16, 2012 Dkt.# 2 | ☐ Amended. | |
| This is debtor(s) ___ Bankruptcy petition. | Plan Base: $22,500.00 | | |
| This is the ___ Scheduled Meeting | Confirmation Hearing Date: Sep 27, 2012 | Time: 1:30 PM | |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No.    Date    Amount | Total Paid In: $1,125.00 | |

**I. Appearances:** ☐ Telephone ☐ Video Conference    ☐ Creditor(s) present:  ☒ None.
☒ Debtor Present    ☒ ID & Soc. OK    ☐ Debtor Absent
☐ Joint Debtor Present    ☒ ID & Soc. OK    ☐ Joint Debtor Absent
Debtor(s) was/were ☒ Examined   ☐ Not Examined under oath.
Attorney for Debtor(s) ☒ Present   ☐ Not Present
☐ Substitute attorney:    ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**    Attorney of record: ROBERTO FIGUEROA CARRASQUILL*
Total Agreed: $3,000.00    Paid Pre-Petition: $139.00    Outstanding: $2,861.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear;   ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☒ Under ☐ Above Median Income.    Liquidation Value: -0-
Commitment Period is ☒ 36 ☐ 60 months. [§1325(b)(1)(B)]   Gen. Unsecured Pool: NA
The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: ___

**V. Trustee's OBJECTIONS to Confirmation:**
☐ FEASIBILITY [§1325(a)(6)] ☒ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Tax returns requirements. [§1308] ___
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
(1) Social Security recipient since 2008.

(2) Insufficient to pay vehicle plus insurance.

/s/ José R. Carrión
Trustee


Presiding Officer

Page 1 of ___    Date: Sep 13, 2012