```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>JUAN MANUEL SOLIS CINTRON<br><br>        DEBTOR (S) | CASE NO. 12-03816-MCF<br><br>CHAPTER 13 |

```
             TRUSTEE'S REPORT REGARDING THE STATUS
                 OF CHAPTER 13 PLAN PAYMENTS
```

TO THE HONORABLE COURT:

    José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, very respectfully alleges and prays:

    1. The Trustee hereby provides a report regarding the status of the Chapter 13 Plan payments in this case.

    2. As of May 02, 2014 our record of payments received in this case reflects the following:

        - Total Paid in:         $8,250.00
        - Balance on Hand:       $375.00
        - Last Payment date:     April 21, 2014
        - Last Payment Amount:   $375.00
        - Amount in Default:     $375.00
        - Plan Date:             May 16, 2012

    3. If debtor(s) have paid an amount greater than the amount stated above, then please provide the Office of the Chapter 13 Trustee with evidence of the payments totaling a different amount.

    WHEREFORE, the Chapter 13 Trustee respectfully prays that this information provided herein be taken in consideration in the pertinent proceedings before this Honorable Court.

    I HEREBY CERTIFY that on this date I notified a true copy of this document to the Debtor(s) to her/his/their address of record by first-class mail, and by electronic means (CM/ECF System) to her/his/their attorney of record.

    In San Juan, Puerto Rico this Friday, May 2, 2014.

                                        /s/ Jose R. Carrion

                                        JOSE R. CARRION
                                        CHAPTER 13 TRUSTEE
                                        P.O. Box 9023884,
                                        San Juan, P.R. 00902-3884
                                        Tel (787) 977-3535
                                        FAX (787) 977-3550