IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JUAN MANUEL SOLIS CINTRON

DEBTOR

CASE NO. 12-03816/MCF

CHAPTER 13

## DEBTOR'S INFORMATIVE MOTION
## RE: CHANGE OF POSTAL ADDRESS

TO THE HONORABLE COURT:

COMES NOW, **JUAN MANUEL SOLIS CINTRON**, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor hereby respectfully informs the Court that he has changed his postal address as follows:

URB. MENDEZ NO. 90
YABUCOA PR 00767

**WHEREFORE**, debtor respectfully requests from this Honorable Court take notice of the foregoing and Order the Clerk's office to amend and correct the aforementioned information.

**HEREBY CERTIFY** that on this same date a copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Chapter 13 Trustee, Jose R. Carrion; and also

Page- 2-
*Debtor Informative motion*
*RE: Notice of Change Address*
*Case no. 12-03816/MCF*

certify that I have mailed by United States Postal Service copy of this motion to he following non CM/ECF participant debtor, Juan Manuel Solis Cintron; and to all creditors appearing in the amended master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 10th of December, 2014.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
ATTORNEY FOR PETITIONER
USDC #203614
PO BOX 0186
CAGUAS PR 00726-0186
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

```
Label Matrix for local noticing          US Bankruptcy Court District of P.R.      American InfoSource LP as agent for
0104-3                                    Jose V Toledo Fed Bldg & US Courthouse    InSolve Recovery, LLC
Case 12-03816-MCF13                       300 Recinto Sur Street, Room 109          PO Box 269093
District of Puerto Rico                   San Juan, PR 00901-1964                   Oklahoma City, OK 73126-9093
Old San Juan
Wed Dec 10 10:11:58 AST 2014

CLARO                                     DPTO DE TRANSPORTACION Y OBRAS PUBLICAS   EASTERN AMERICA INSURANCE CO
PO BOX 70366                              PO BOX 41269                              PO BOX 9023862
SAN JUAN, PR  00936-8366                  SAN JUAN PR  00940-1269                   SAN JUAN, PR 00902-3862


HSBC BANK                                 (p)JEFFERSON CAPITAL SYSTEMS LLC          LIBERTY CABLEVISION-PR
PO BOX 5213                               PO BOX 7999                               PO BOX 8759
CAROL STREAM, IL  60197-5213              SAINT CLOUD MN 56302-7999                 CAGUAS, PR  00726-8759


LVNV FUNDING LLC                          ORIENTAL BANK                             TCPR - Toyota Credit de Puerto Rico
FIRST PREMIER                             PO BOX 1952                               P.O. Box 366251
PO BOX  740281                            HUMACAO, PR  00792-1952                   San Juan, Puerto Rico 00936-6251
HOUSTON, TX  77274-0281


(p)TOYOTA MOTOR CREDIT CORPORATION        JOSE RAMON CARRION MORALES                JUAN MANUEL SOLIS CINTRON
PO BOX 8026                               PO BOX 9023884                            URB. MENDEZ NO 90
CEDAR RAPIDS IA 52408-8026                SAN JUAN, PR 00902-3884                   YABUCOA PR 00767


MONSITA LECAROZ ARRIBAS                   ROBERTO FIGUEROA CARRASQUILLO
OFFICE OF THE US TRUSTEE (UST)            PO BOX 186
OCHOA BUILDING                            CAGUAS, PR 00726-0186
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems LLC             TOYOTA MOTOR CREDIT CORP                  End of Label Matrix
PO BOX 7999                               PO BOX 2730                               Mailable recipients    16
SAINT CLOUD MN 56302-9617                 TORRANCE, CA  90509-2730                  Bypassed recipients     0
                                                                                    Total                  16
```