UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>JUAN MANUEL SOLIS CINTRON<br><br>DEBTOR (S) | CASE NO. 12-03816-MCF<br><br>CHAPTER 13 |

TRUSTEE'S REPORT REGARDING THE STATUS
OF CHAPTER 13 PLAN PAYMENTS

TO THE HONORABLE COURT:

José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, very respectfully alleges and prays:

1. The Trustee hereby provides a report regarding the status of the Chapter 13 Plan payments in this case.

2. As of October 23, 2015 our record of payments received in this case reflects the following:

```
    - Total Paid in:          $12,375.00
    - Balance on Hand:        $0.00
    - Last Payment date:      April 13, 2015
    - Last Payment Amount:    $375.00
    - Amount in Default:      $1,875.00
    - Plan Date:              May 12, 2015
```

3. If debtor(s) have paid an amount greater than the amount stated above, then please provide the Office of the Chapter 13 Trustee with evidence of the payments totaling a different amount.

WHEREFORE, the Chapter 13 Trustee respectfully prays that this information provided herein be taken in consideration in the pertinent proceedings before this Honorable Court.

I HEREBY CERTIFY that on this date I notified a true copy of this document to the Debtor(s) to her/his/their address of record by first-class mail, and by electronic means (CM/ECF System) to her/his/their attorney of record.

In San Juan, Puerto Rico this Friday, October 23, 2015.

/s/ Jose R. Carrion

JOSE R. CARRION
CHAPTER 13 TRUSTEE
P.O. Box 9023884,
San Juan, P.R. 00902-3884
Tel (787) 977-3535
FAX (787) 977-3550